# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2025

Ms. Karen S. Mitchell
Northern District of Texas, San Angelo
United States District Court
33 E. Twohig Street
Room 202
San Angelo, TX 76903

No. 25-10699   USA v. Slaughter
USDC No. 6:99-CR-10-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

*Rebecca Jeanfreau*

By: _____
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc w/encl:
    Mr. Stephen S. Gilstrap
    Mr. James Slaughter